# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY HAMMOND,** | : Civil No. 3:23-CV-00998 |
| **Plaintiff** | : (Magistrate Judge Carlson) |
| v. | : |
| **LELAND DUDEK,** **Acting Commissioner of Social Security,** | : |
| **Defendant.** | : |

# ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 27th day of February 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge